IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT F. DALTON,

    Plaintiff,

  v.

YAHOO! INC.,

    Defendant.
                                /

No. C 10-80110 WHA

**DISMISSAL ORDER**

    Plaintiff has filed a motion to dismiss this action with prejudice. Defendant has not served an answer or a motion for summary judgment. Pursuant to Rule 41(a), dismissal with prejudice is **GRANTED**. The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: June 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE